US MAGISTRATE JUDGE CHERYL L. POLLAK                    DATE: 8/14/09

                                                        TIME SPENT: _____

DOCKET NO. 09 CV 2140 (CBA)

CASE: Flammia v PT Metrics

✓ INITIAL CONFERENCE            ___ OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE        ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE       ___ TELEPHONE CONFERENCE
___ MOTION HEARING              ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED                   _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS:

Parties to arrange for inspection of product, obtain medical records; schedule plaintiff's depos and IME and return for settlement conference on 12/14 at 10:00. Discovery of experts and product issues held in abeyance pending next conference.